UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LOURDES PENICHE,<br><br>   Plaintiff,<br><br>v.<br><br>STATION CASINOS, LLC,<br><br>   Defendant. | Case No. 2:20-cv-00533-KJD-VCF<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

On September 22, 2020, the Clerk of the Court notified that parties that proof of service had not been filed. The Clerk warned Plaintiff that if unless proof of service was filed, the case could be dismissed. Federal Rule of Civil Procedure 4 states that if a defendant "is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—may dismiss the action without prejudice." FED. R. CIV. P. 4(m). As of the date of this writing, no action has been taken and proof of service has not been filed.

Accordingly, IT IS HEREBY ORDERED that this action be **DISMISSED without prejudice**.

Dated this 1st day of October, 2021.

_____
Kent J. Dawson
United States District Judge